(November 30, 1999)

■ James Sichler et al., Appellants, v City of New York, Respondent. [698 NYS2d 484] —Judgment, Supreme Court, New York County (Salvador Collazo, J.), entered March 28, 1997, after a jury trial, in defendant's favor, unanimously affirmed, without costs.

The evidence provided ample basis for the jury to conclude that defendant did not breach a statutory duty and was not otherwise liable for plaintiffs' injury. Any error in charging the jury on comparative negligence in this action, brought pursuant to General Municipal Law § 205-e, was harmless (*see*, CPLR 2002), since the jury never reached the issue of comparative negligence. Concur—Ellerin, P. J., Williams, Lerner, Rubin and Saxe, JJ.